No. 55920.—M. A. Hoenecke *v.* United States, protests 114407–K, etc. (Minneapolis).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919) the claim for free entry was sustained.

No. 55921.—Kachurin Drug Co. *v.* United States, protest 172086–K (New York).

Opinion by CLINE, J. In accordance with stipulation that the merchandise consists of laurel leaves similar in all material respects to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 15, 1951

No. 55922.—Wm. S. Pitcairn Corp. et al. *v.* United States, protests 131553–K, etc. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that certain items of the merchandise consist of earthenware and china figures similar in all material respects to the figures passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 16, 1951

No. 55923.—Fleming Joffe, Ltd., et al. *v.* United States, protests 166971–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.